GERALDINE CASSARO, Respondent, v ALFIO C. PITRUZ-ZELLA, Appellant. [795 NYS2d 921]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered October 8, 2004. The order, insofar as appealed from, denied defendant's motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.